ORIGINAL

$50 FEE PAID
#1189643
FEE NOT PAID

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIRST SERVICE NETWORKS, INC.<br>Plaintiff,<br>v.<br>IMPACT SERVICES, INC., et al.,<br>Defendants. | Case No.: AMD 02 CV 3609 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Adam L. Perlman, am a member in good standing of the bar of this Court. My bar number is 25290. I am moving the admission of Jonathan P. Graham to appear *pro hac vice* in this case as counsel for First Service Networks, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of California | 12/12/88 |
| District of Columbia | 7/14/89 |
| D.D.C. | 11/5/90 |
| W.D. Tex. | 9/16/91 |
| D.C. Circuit | 5/30/95 |
| First Circuit | 2/15/00 |





| | |
|---|---|
| Second Circuit | 10/16/97 |
| Fourth Circuit | 3/15/91 |
| Fifth Circuit | 4/1/96 |
| Tax Court | 12/6/93 |
| Supreme Court | 5/27/97 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant fact(s).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed**. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITEE |
|---|---|
| ______________________ | ______________________ |
| Signature | Signature |

Adam L. Perlman
Williams & Connolly LLP
725 Twelfth St., NW
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

Jonathan P. Graham
Williams & Connolly LLP
725 Twelfth St., NW
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FIRST SERVICE NETWORKS, INC.** <br> **Plaintiff,** <br> **v.** <br> **IMPACT SERVICES, INC., et al.,** <br> **Defendants.** | ) | **Case No.: 02CV3609** |

Having considered the Motion for Admission *Pro Hac Vice* of Jonathan P. Graham,

******************************************************************************

**ORDER**

☑ **GRANTED** ☐ **DENIED**

11-6-02
Date

Felicia C. Cannon
**Clerk, United States District Court**
by: Lisa Stouser