**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIRST SERVICE NETWORKS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: |
| v. ) | |
| ) | AMD 02 CV 3609 |
| **IMPACT SERVICES, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Adam L. Perlman, am a member in good standing of the bar of this Court. My bar number is 25290. I am moving the admission of Margaret A. Keeley to appear *pro hac vice* in this case as counsel for First Service Networks, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of California | 12/25/1995 |
| District of Columbia | Spring 1997 |
| D.D.C. | 3/20/1998 |
| S.D.C.A. | 3/27/2001 |
| Federal Circuit | 4/5/2002 |



2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant fact(s).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed**. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITEE |
|---|---|
| */s/ Adam L. Perlman* | */s/ Margaret A. Keeley* |
| Signature | Signature |
| Adam L. Perlman | Margaret A. Keeley |
| Williams & Connolly LLP | Williams & Connolly LLP |
| 725 Twelfth St., NW | 725 Twelfth St., NW |
| Washington, D.C. 20005 | Washington, D.C. 20005 |
| Phone: (202) 434-5000 | Phone: (202) 434-5000 |
| Fax: (202) 434-5029 | Fax: (202) 434-5029 |

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIRST SERVICE NETWORKS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 02CV3609 |
| v. ) | |
| ) | |
| IMPACT SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Having considered the Motion for Admission *Pro Hac Vice* of Margaret A. Keeley,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

[✓] GRANTED          [ ] DENIED

_11/6/02_                              Felicia C. Cannon
Date                                   _____
                                       Clerk, United States District Court