IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
AT BALTIMORE

| | |
|---|---|
| **FIRST SERVICE NETWORKS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: MJG 02-3609 |
| v. ) | |
| ) | |
| **IMPACT SERVICES, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND THE TIME FOR THE
PARTIES TO FINALIZE THEIR SETTLEMENT
(Under Local Rule 111.1)**

On November 19, 2002, the Court issued an Order of dismissal pursuant to Local Rule 111.1. The Court's Order provided that a party could move to reopen the action within 30 days if a settlement was not consummated. The parties have been diligently pursuing settlement since November 19, 2002, but have not yet come to agreement on the final terms of the settlement. The parties therefore jointly request that the Court extend the period of time in which a party can reopen the action for an additional two weeks.

Counsel for the defendants has confirmed that they join in this motion.

*Granted, the 23rd day of December, 2002.
[signature]*

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Margaret A Keeley*
Jonathan P. Graham
Margaret A. Keeley
Adam L. Perlman (Bar No. 25290)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Plaintiff
First Service Networks, Inc.*

Dated: December 19, 2002

## CERTIFICATE OF SERVICE

I, Margaret A. Keeley, hereby certify that I served this Joint Motion to Extend the Time for the Parties to Finalize Their Settlement by FedEx to counsel:

> Jonathan P. Kagan, Esq.
> Brassel & Baldwin
> 112 West Street
> Annapolis, MD 21401

*/s/ Margaret A. Keeley*
Margaret A. Keeley