FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -3  P 3: 43

CLERK'S OFFICE
BALTIMORE
DEPUTY

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
MARYLAND

2003 JAN -2  P 4: 02

DEPUTY

| | |
|---|---|
| FIRST SERVICE NETWORKS, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| IMPACT SERVICES, INC., et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**Case No.: MJG 02-3609**

### JOINT MOTION TO EXTEND THE TIME FOR THE PARTIES TO FINALIZE THEIR SETTLEMENT
#### (Under Local Rule 111.1)

On November 19, 2002, the Court issued an Order of dismissal pursuant to Local Rule 111.1. The Court's Order provided that a party could move to reopen the action within 30 days if a settlement was not consummated. The parties have been diligently pursuing settlement since November 19, 2002, but have not yet come to agreement on the final terms of the settlement.

The Court granted a two week extension at the joint request of the parties until January 2, 2003. With the holidays, the parties need four (4) additional days, until January 6, 2003, to try to reach agreement.

The parties therefore jointly request that the Court extend the period of time in which a party can reopen the action for an additional 4 days to January 6, 2003.

Counsel for Plaintiff has confirmed that they join in this motion.

Respectfully submitted,

Rignal W. Baldwin, Jr.
Federal Bar No. 01219

Jonathan P. Kagan
Federal Bar No. 023181

BRASSEL & BALDWIN, P.A.
112 West Street
Annapolis, Maryland 21401
(410) 216-7900

## CERTIFICATE OF SERVCE

I HEREBY CERTIFY that on this 2nd day of January 2003, a copy of the foregoing was sent via facsimile and mailed, postage prepaid to: Jonathan P. Graham, Esquire, Margaret A. Keeley, Esquire, Adam L. Perlman, Esquire, Williams & Connolly, LLP., 725 Twelfth Street, N.W. Washington, D.C. 20005, Counsel for Plaintiff, First Service Networks, Inc.

Jonathan P. Kagan

Approved this 3rd day of January, 2003.

Marvin J. Garbis
United States District Judge